UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-01576 JVS (MLGx) | Date | December 22, 2011 |
| Title | Armando Delgadillo v. CitiMortgage Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

 **On November 28, 2011, the Court granted defendants' motion to dismiss without prejudice.  Plaintiff was granted 20 days to amend the complaint.   As of today, an amended complaint has not been filed.**

 **The Court hereby ORDERS plaintiff to show cause, in writing, not later than January 14, 2012,  why this action should not be dismissed for lack of prosecution.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |