JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando Delgadillo, ) | SACV 11-01576-JVS(MLGx) |
| Plaintiff, ) | ORDER OF DISMISSAL FOR |
| v. ) | LACK OF PROSECUTION |
| Citimortgage, Inc., et al., ) | |
| Defendants. ) | |

The Court having issued an Orders to Show Cause on ___December 22, 2011___ as to why this action should not be dismissed for lack of prosecution, with a written response due on January 14, 2012 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: January 18, 2012

_____
James V. Selna
United States District Judge